DIEHL, Appellant, v. S. LIEBMANN'S SONS BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by John Diehl, as administrator, etc., of Ludwig Diehl, deceased, against the S. Liebmann's Sons Brewing Company. No opinion. Judgment and order affirmed, with costs.

DONNELLY v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Patrick Donnelly, as administrator, etc., against the city of Rochester. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 58 N. Y. Supp. 1140.

DORR, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by John H. Dorr against Bernard J. York and others. C. H. Hyde, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DRAKE, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Amanda M. Drake against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

DRAKE, Appellant, v. NEW YORK SUBURBAN WATER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by John R. Drake against the New York Suburban Water Company and others. No opinion. Order reversed, and trial stayed, pending determination of proceedings to appraise plaintiff's interest in the property the subject of the suit, without costs to either party. See 55 N. Y. Supp. 225.

DRAPER, Respondent, v. DE LEON et al., Appellants. PITTSBURG REDUCTION CO., Respondent, v. SAME, Appellants. (Supreme Court, Appellate Term. October 4, 1899.) Actions by Ellis F. Draper and by the Pittsburg Reduction Company against Edwin W. De Leon and others. From judgments for plaintiffs, defendants appeal. Reversed. Benjamin Tuska and Felix H. Levy, for appellants. D. M. Porter, for respondent.

PER CURIAM. The decision of this court in the case of Reduction Co. v. De Leon (herewith handed down) 60 N. Y. Supp. 262, is controlling in the determination of these appeals. With the exception of the names of the plaintiffs and the amounts in suit, the facts are identical, and the principles of law involved the same. The judgments in these cases, therefore, must likewise be reversed. Judgments reversed, with costs to the appellants.

DUER v. HUNT. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by James G. K. Duer, against Richard R. Hunt. No opinion. Motion granted. Questions to be settled on settlement of order. See 58 N. Y. Supp. 1140.

DUNN v. ANSORGE et al. (Supreme Court, Appellate Division, First Department, November 10, 1899.) Action by David Dunn against Mark P. Ansorge and another. No opinion. Motion granted, with $10 costs.

DURHAM, Appellant, v. BROOKLYN CROSSTOWN R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Bartley Durham against the Brooklyn Crosstown Railroad Company. No opinion. Order modified, so as to direct that the complaint be dismissed, unless within 10 days plaintiff pays defendant the sum of $20 costs, and stipulates to try the cause ·at the next trial term. No costs of this appeal to either party.

EHRHARD, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by Louis Ehrhard, as administrator, against the Metropolitan Street-Railway Company. C. G. Hubbell, for appellant. J. T. Little, Jr., for respondent. No opinion. Order affirmed, without costs.